## WOODS *against* GIBSON.

THE sheriff of the county, to whom the *venires*, returnable at a circuit, were directed, went out of office a day or two before the commencement of the circuit, but after the jurors had been drawn and summoned. No *venires* were actually delivered to the sheriff; and it appeared to be the practice not to deliver them, before the causes are about to be called. The only question was, whether the late sheriff, or his successor in office, was entitled to the fees on the *venire*.

Where a jury was summoned for a circuit, but the sheriff was out of office, before the return of the *venire*, it was held, that he was entitled to the fees for summoning the jury, but not for the return of the *venire*.

*Per Curiam.* Though the late sheriff went out of office after the jury were summoned, and before the return day of the *venire*, and though it was not actually delivered to him, we think he is entitled to the fees for summoning the jury, but not the nine cents for returning the *venire*, as that service was, in fact, performed by his successor.